[No. 29812-1-II.   Division Two.   January 11, 2005.]

PIERCE COUNTY, *Respondent*, v. RICHARD E. SORRELS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-07841-1, Terry D. Sebring, J., entered November 27, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29909-7-II.   Division Two.   January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. S. DON PHELPS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01487-2, David R. Draper, J., entered January 27, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 30081-8-II.   Division Two.   January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE RAMIREZ-GARCIA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03133-3, Frederick W. Fleming, J., entered March 7, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 30526-7-II.   Division Two.   January 11, 2005.]

TACOMA ORTHOPAEDIC SURGEONS, INC., ET AL., *Appellants*, v. REGENCE BLUESHIELD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-05982-7, James R. Orlando, J., entered June 17, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.